SLIP OPINION

Cite as 2016 Ark. 303

# SUPREME COURT OF ARKANSAS

No. CV–16–796

| | |
|---|---|
| CHUCK LANGE and BILL WALMSLEY, INDIVIDUALLY AND ON BEHALF OF COMMITTEE TO PROTECT ARKANSAS VALUES/STOP CASINOS NOW<br><br>PETITIONERS<br><br>V.<br><br>MARK MARTIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF THE STATE OF ARKANSAS<br><br>RESPONDENT<br><br>ARKANSAS WINS IN 2016, LLC, AN ARKANSAS LIMITED LIABILITY COMPANY, AND ARKANSAS WINNING INITIATIVE, INC., AN ARKANSAS NONPROFIT CORPORATION; AND CYNTHIA R. STONE; JEFF CROCKETT; AND LARRY J. WITCHER<br><br>INTERVENORS | Opinion Delivered September 14, 2016<br><br><br>AN ORIGINAL ACTION<br><br><br><br><br><br><br><br>SPECIAL MASTER REAPPOINTED; BRIEFING SCHEDULE RESET. |

**PER CURIAM**

On September 10, 2016, the duly appointed master in the above–captioned original action withdrew. *Lange v. Martin*, 2016 Ark. 302 (per curiam). We therefore appoint a new master and amend the briefing schedule accordingly.

Having previously ordered bifurcation of petitioner's ballot-title and constitutional issues in Counts I and II, and the signature challenges in Count III, only the briefing schedule

SLIP OPINION

with regard to Count III is affected. Petitioner's brief concerning Counts I and II is still due on September 16, 2016. Respondent's and intervernors' briefs concerning Counts I and II shall be due seven days thereafter, on September 23, 2016. Petitioner's reply brief is due September 26, 2016. Oral argument is denied.

Count III raises issues of fact with regard to the validity of signatures. Arkansas Supreme Court Rule 6–5(c) (2015) provides that evidence on issues of fact will be taken by a master to be appointed by this court. Therefore, we appoint the Honorable John E. Jennings as master and direct him to conduct such proceedings and hearings subject to, and in accordance with, Rule 6–5(b) and Arkansas Rule of Civil Procedure 53 (2015), as are necessary to determine whether the allegations contained in the petition are true. We further direct him to file his report with this court by October 3, 2016. In the discharge of his duties, the master has the authority to address the parties' discovery motions.

Petitioners' brief on Count III is due October 10, 2016. Respondent's and intervenors' briefs are due on October 17, 2016. Petitioners' reply brief is due on October 18, 2016.

It is so ordered.

GOODSON, J., not participating.